IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ALVEY,** | : | |
|     Petitioner | : | |
| | : | No. 1:21-cv-639 |
| v. | : | |
| | : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 16th day of June, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                    s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania